Special Process Server
True Copy Attest
8-27-26
6:29 AM

Town of Wareham

**Housing Court Department**
Division: **Southeast Fall River Session**
Address: **289 Rock St., Fall River, MA 02720**
Telephone Number: **508-677-1505**
Hours of Operations: **Monday - Thursday 8:30 AM to 4:30 PM**

*For Court Use Only:*
*Docket No:* ______

**Commonwealth of Massachusetts**
**SUMMARY PROCESS (EVICTION) SUMMONS AND COMPLAINT**

**IMPORTANT: NOTICE OF A COURT CASE TO EVICT YOU - PLEASE READ IT CAREFULLY**

***IMPORTANTE: ESTA ES UNA NOTIFICACION DE UN CASO EN CORTE RESPETO A PROCEDIMIENTOS DE DESALOJO - POR FAVOR DE LEER CON CUIDADO***

TO: DEFENDANT(S)/TENANT(S)/OCCUPANT(S): Joshua Brietzke and Sandra Brietzke
ADDRESS: 147 Great Neck road a/k/a 147R Great neck Road CITY/TOWN: Wareham MA ZIP: 02571
EMAIL: ______ TELEPHONE: ______

**THE COURT WILL SEND YOU A NOTICE OF THE DATE, TIME, AND MANNER OF YOUR COURT EVENT.**

You are hereby summonsed to appear at a hearing before a Judge of the Court to defend against the complaint of:
PLAINTIFF/LANDLORD/LESSOR/OWNER: Lakeview Loan Servicing, LLC
of STREET: 4425 Ponce De LeonBlvd Mailstop MS5-251 CITY/TOWN: Coral gables, FL ZIP: 33146
that you occupy the premises at 147 Great Neck road aka 147R Great neck Road Wareham MA 02571
being within the judicial district of this Court, unlawfully and against the right of said Plaintiff/Landlord/Owner
because: you continue to hold over possession of the premises following a foreclosure sale and beyond the expiration of the notice to quit
and further, that $ *** rent is owed according to the following account:

*** ACCOUNT ANNEXED (itemize)
use and occupancy in an amount to be determined at trial

Nathaniel Ryan
Printed Name of Plaintiff or Attorney

[signature]
Signature of Plaintiff or Attorney

Brock and Scott, PLLC
23 Messenger St, 2nd fl. plainville MA 02762
Address of Plaintiff or Attorney

Nathaniel.Ryan@BrockandScott.com
Email of Plaintiff or Attorney

508-379-4488
Telephone Number

690097
BBO#

**NOTICE TO EACH DEFENDANT/TENANT/OCCUPANT**
If you do not file and serve an answer, or if you do not defend at the time of the trial, Judgment may be entered against you for possession and the rent as requested in the complaint. Please see the **Notice to Defendant** section on the back side of this page.

**FOR INFORMATION ABOUT EMERGENCY RENTAL AND MORTGAGE ASSISTANCE:**
**Please visit:** www.mass.gov/CovidHousingHelp or call **211** for assistance.

**To the Sheriff of our several counties, or their Deputies, or any constable of any City or Town within said Commonwealth, Greetings: We command you to summon the within named defendant(s)/tenant(s)/occupant(s) to appear as herein ordered.**
**WITNESS:**

/s/ *Donna Salvidio*
First Justice

/s/ *Joseph B. McIntyre*
Clerk Magistrate

**Service by:** August 31, 2026
**Entry Date by:** September 7, 2026
**Trial Date:** To Be Determined by the Court